MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Trust 2006-A7*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE TRUST 2006-A7,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:18-cv-00205-GMN-GWF<br><br>**STIPULATION AND ORDER FOR COST BOND** |

Plaintiff U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Trust 2006-A7 (**U.S. Bank**) and SFR Investments Pool 1, LLC (**SFR**) hereby stipulate and agree as follows:

1. Pursuant to NRS 18.130(1) and SFR's demand for security costs filed on February 27, 2018, SFR's demand for security is granted.

///

///

///

1

2. U.S. Bank shall post a cost bond in the amount of $500.00 or make a cash deposit of $500.00 after entry of this order.

Dated this 28th day of February, 2018.

**AKERMAN LLP**

_/s/ Vatana Lay, Esq._
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Trust 2006-A7*

Dated this 28th day of February, 2018.

**KIM GILBERT EBRON**

_/s/ Diana S. Ebron_
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974

*Attorneys for Defendant SFR Investments Pool 1, LLC*

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: March 1, 2018