AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

U.S. Bank National Association,

           Plaintiff,

v.

Southern Highlands Community Association, et al.,

           Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-00205-GMN-GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Defendants and against Plaintiff.

8/21/2018  
Date

DEBRA K. KEMPI  
Clerk

/s/ M. Reyes  
Deputy Clerk