KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
ANA P. MURGUIA, ESQ.
Nevada Bar No. 16284
E-mail: ana@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE TRUST 2006-A-7,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No. 2:18-cv-00205-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES RE SUPPLEMENTAL BRIEFING**<br><br>**(FIRST REQUEST)** |

An appeal from this action was filed in United States Court of Appeals for the Ninth Circuit, and on September 21, 2022, the Court of Appeals issued its judgment remanding this case back to the district court for further proceedings. ECF No. 48. After remand, U.S. Bank, N.A., as Trustee for J.P. Morgan Mortgage Trust 2006-A7 and SFR Investments Pool 1, LLC agreed to file supplemental briefs on December 1, 2022, limited to ten (10) pages, and further agreed supplemental reply briefs will be filed on December 22, 2022, limited to ten (10) pages.

By way of this stipulation the parties seek to extend the briefing timeline. The parties agree to extend the time in which to submit their initial briefs to **December 23, 2022** and the reply briefs to **January 23, 2023**. This is the first request for an extension the briefing deadlines. SFR requests

the extension because counsel for SFR was dealing will illness over the holidays and in this week after the holiday. The request is not intended to cause any delay or prejudice to any party.

Dated this 1st day of December, 2022.

| AKERMAN LLP | HANKS LAW GROUP |
|---|---|
| /s/ Scott R. Lachman<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No.<br>12016 1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11* | /s/ Karen L. Hanks<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>*Attorney for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED** *nunc pro tunc.*

Dated this  16   day of January, 2023

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT