MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for U.S. Bank, N.A., as Trustee for J.P. Morgan Mortgage Trust 2006-A7*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE TRUST 2006-A7,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION AND SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:18-cv-00205-GMN-GWF<br><br>**STIPULATION AND ORDER DISMISSING ACTION AS TO SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION ONLY** |

. . .

. . .

. . .

. . .

. . .

. . .

. . .

{69588044;1}

PLEASE TAKE NOTE that U.S. Bank, N.A., as Trustee for J.P. Morgan Mortgage Trust 2006-A7 and the Southern Highlands Community Association stipulate that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) as to, and only as to, Southern Highlands Community Association. Each party to this stipulation to bear their own costs and fees. This dismissal does not impact the remaining claims in the action or the pending post-remand briefs.

DATED this 12th day of April, 2023.

| **AKERMAN LLP** | **ALVERSON TAYLOR & SANDERS** |
|---|---|
| /s/ Scott R. Lachman<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for U.S. Bank, N.A., as Trustee for J.P. Morgan Mortgage Trust 2006-A7* | /s/ Kurt R. Bonds<br>KURT R. BONDS, ESQ.<br>Nevada Bar No. 6228<br>6605 Grand Montecito Parkway, Suite 200<br>Las Vegas, NV 89149<br><br>*Attorneys for Southern Highlands Community Association* |

**ORDER**

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT JUDGE**
**DATED:** April 12, 2023