KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE TRUST 2006-A-7,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No. 2:18-cv-00205-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

U.S. Bank, N.A., as Trustee for J.P. Morgan Mortgage Trust 2006-A7 and SFR Investments Pool 1, LLC hereby stipulate and agree that SFR shall have until November 6, 2024 to file its response to U.S. Bank's motion for summary judgment [ECF 85]. The current deadline is October 14, 2024.

SFR requests the extension because Hanks Law Group is comprised of only two attorneys and one of SFR's attorneys has been out of the jurisdiction for the month of October handling her father's estate.

/ / /

/ / /

/ / /

- 1 -

The request is not intended to cause any delay or prejudice to any party.

Dated this 14th day of October, 2024.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| /s/ Scott R. Lachman | /s/ Karen L. Hanks |
| MELANIE D. MORGAN, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 9578 |
| SCOTT R. LACHMAN, ESQ. | 7625 Dean Martin Drive, Suite 110 |
| Nevada Bar No. | Las Vegas, NV 89139 |
| 12016 1635 Village Center Circle, Suite 200 | *Attorney for SFR Investments Pool 1, LLC* |
| Las Vegas, NV 89134 | |
| *Attorneys for Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11* | |

## ORDER

IT IS SO ORDERED.

_____
Gloria M. Navarro
UNITED STATES DISTRICT JUDGE

- 2 -