1  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
2  E-mail: karen@hankslg.com
   CHANTEL M. SCHIMMING, ESQ.
3  Nevada Bar No. 8886
   E-mail: chantel@hankslg.com
4  HANKS LAW GROUP
   7625 Dean Martin Drive, Suite 110
5  Las Vegas, Nevada 89139
   Telephone: (702) 758-8434
6  *Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE TRUST 2006-A-7,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No. 2:18-cv-00205-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

U.S. Bank, N.A., as Trustee for J.P. Morgan Mortgage Trust 2006-A7 and SFR Investments Pool 1, LLC hereby stipulate and agree that SFR shall have until November 12, 2024 to file its response to U.S. Bank's motion for summary judgment [ECF 85]. The current deadline is November 6, 2024.

SFR requests the extension because Ms. Hanks had to take her daughter to a doctor's appointment on November 5 and 6 which took up half of her day on both days and interfered with her ability to complete the response.

/ / /

/ / /

/ / /

- 1 -

1  The request is not intended to cause any delay or prejudice to any party.

2  Dated this 6th day of November, 2024.

3  **AKERMAN LLP**                                    **HANKS LAW GROUP**

5  /s/ Scott R. Lachman                               /s/ Karen L. Hanks
   MELANIE D. MORGAN, ESQ.                            KAREN L. HANKS, ESQ.
6  Nevada Bar No. 8215                                Nevada Bar No. 9578
   SCOTT R. LACHMAN, ESQ.                             7625 Dean Martin Drive, Suite 110
7  Nevada Bar No.                                     Las Vegas, NV 89139
   12016 1635 Village Center Circle, Suite 200        Attorney for SFR Investments Pool 1, LLC
8  Las Vegas, NV 89134
9  Attorneys for Deutsche Bank National Trust
   Company, as Trustee for Holders of the GSAA
10 Home Equity Trust 2006-11 Asset-Backed
   ficates Series 2006-11

**ORDER**

IT IS SO ORDERED.

Date: November __7__, 2024.

_____
Gloria M. Navarro
UNITED STATES DISTRICT JUDGE

- 2 -