SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1180 North Town Center Drive, Suite 290
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: scott.lachman@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for U.S. Bank, N.A., as Trustee for
J.P. Morgan Mortgage Trust 2006-A7*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE TRUST 2006-A7,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:18-cv-00205-GMN-BNW<br><br>**MOTION TO REMOVE FROM ELECTRONIC SERVICE LIST** |

**TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Melanie D. Morgan and Troy A. Lawrence, Esq. are no longer associated with the law firm of Akerman LLP, and counsel requests that Ms. Morgan and Mr. Lawrence be removed from the service list.

///

///

///

///

///

///

Akerman LLP continues to serve as counsel for U.S. Bank, N.A., as Trustee for J.P. Morgan Mortgage Trust 2006-A7. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Scott Lachman, Esq. and Donna Wittig, Esq.

DATED this 10th day of February 2025.

**AKERMAN LLP**

  /s/ Scott R. Lachman
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1180 North Town Center Drive, Suite 290
Las Vegas, NV 89144

*Attorneys for U.S. Bank, N.A., as Trustee*

**IT IS SO ORDERED**

**DATED:** 11:52 am, February 12, 2025

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2