KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE TRUST 2006-A-7,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.  2:18-cv-00205-GMN-BNW<br><br>**STIPULATION AND ORDER TO MOVE SETTLEMENT CONFERENCE**<br><br>**(First Request)** |

Plaintiff, U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Trust 2006-A-7 ("U.S. Bank"), and Defendant, SFR Investments Pool 1, LLC ("SFR") (collectively the "Parties") hereby represent and stipulate to the following:

U.S. Bank and SFR stipulate to move the Settlement Conference to a date convenient for the Court. The Parties are available May 2 and/or June 27 assuming the Court wants to keep the conference on a Friday. The request is made because counsel for SFR will be out of the jurisdiction on the date currently set for the Settlement Conference.

/ / /

/ / /

/ / /

- 1 -

Based on the above, the Parties respectfully request that the Court re-set the Settlement Conference.

Respectfully submitted this 10th day of April, 2025.

| HANKS LAW GROUP | AKERMAN LLP |
|---|---|
| /s/ Karen L. Hanks | /s/ Scott R. Lachman |
| KAREN L. HANKS | SCOTT R. LACHMAN |
| Attorneys for SFR Investments Pool 1, LLC | Attorneys for U.S. Bank, N.A., as Trustee for J.P. Morgan Mortgage Trust 2006-A7 |

**IT IS SO ORDERED.**

DATE: 4/15/2025

_____
UNITED STATES MAGISTRATE JUDGE

**IT IS FURTHER ORDERED** that the settlement conference is **CONTINUED** to 7/25/2025. The parties' confidential evaluation statements are due 7/18/2025 at 4:00 PM. *See* ECF No. 95 for further instructions.